IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.201.93.232

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/28/2018 17:21:43 | 7E257EBFF8E251B8C7D5B64CE6A7218C3EEF66D8 | Sex And Fashion A Threeway Project |
| 08/21/2018 06:24:02 | CB77E43971A3AD7F4E82151E70B8A2AB98B9660B | Hot Office Sex |
| 08/21/2018 05:43:30 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 07/29/2018 18:00:23 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 10/02/2017 00:09:30 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

STX228