IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-4425 |
| | § | |
| WILLIAM MARTIN, | § | |
| Defendant. | § | |

## SHOW CAUSE ORDER

Plaintiff Malibu Media, LLC ("Malibu Media") filed a Motion for Extension of Time Within Which to Serve Expert Witness Report ("Motion") [Doc. # 27]. In the Motion, Plaintiff stated that Defendant William Martin failed to respond or object to discovery requests by the September 1, 2019, deadline. In response to the Motion, the Court entered an Order [Doc. # 28], requiring Defendant and counsel for Plaintiff to appear for a conference on September 25, 2019. Defendant failed to appear for the conference as ordered.

By Order [Doc. # 31] entered October 16, 2019, the Court ordered Defendant to appear before the Court on October 23, 2019, to address the outstanding discovery issue. Defendant was served by first class mail, by certified mail, and by email. Defendant was cautioned that failure to appear as directed would result in the

imposition of sanctions.  Defendant failed either to appear as ordered or otherwise to communicate with the Court.  As a result, it is hereby

**ORDERED** that on or before **November 7, 2019**, Defendant William Martin shall show cause in writing why his answer in this case should not be stricken.  <u>Martin is cautioned that failure to respond will result in his answer being stricken and Plaintiff will be permitted to seek default judgment</u>.  It is further

**ORDERED** that the Clerk of Court shall send a copy of this Order by first class mail, by certified mail, return receipt requested, to: William Martin, 2111 Welch St. #B221, Houston, Texas 77019.  Additionally, the Clerk of Court shall send a copy of this Order by email to Defendant at billamartin981@gmail.com.

SIGNED at Houston, Texas, this **23rd** day of **October, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE